FILED'10 JUL 15 08:01 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LILIYA VITYUKOV,<br><br>                                Plaintiff,<br><br>    v.<br><br>CHASE BANKCARD SERVICES, INC., an enterprise affecting interstate commerce; BISHOP, WHITE & MARSHALL, P.S., predicate actor involved in schemes violating Oregon laws providing fraud & extortion and racketeering are criminal offenses,<br><br>                               Defendants. | Civil No. 09-6181-TC<br><br>O R D E R |

      Magistrate Judge Coffin filed his Findings and Recommendation on June 22, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this 12 day of July, 2010.

                                                                             Ann Aiken, United States District Judge

Order -- Page 1